FILED
AUG - 4 2008
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDE NKPADO et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | Case: 1:08-cv-01343 |
| ) | Assigned To : Kennedy, Henry H. |
| THE STANDARD FIRE INSURANCE ) | Assign. Date : 8/4/2008 |
| COMPANY, ) | Description: Contract |
| ) | |
| Defendant. ) | |

### DISCLOSURE OF CORPORATE INTEREST
(The Standard Fire Insurance Company)

Pursuant to Local Rule 103.3, Defendant The Standard Fire Insurance Company ("Standard Fire"), by its undersigned attorneys, makes the following disclosure.

Standard Fire is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly owned subsidiary of Travelers Property Casualty Corp., which is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly held corporation.

Standard Fire is not aware of any other corporations, unincorporated associations, partnerships or other business entities, not a party to the case, which may have a financial interest in the outcome of this case.

Respectfully submitted,

*signature*

Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.361.8226 (facsimile)
sklepper@kg-law.com

*Attorneys for Defendants*

Dated: July 31, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2008, I mailed, postage prepaid, by first-class mail, a copy of the foregoing paper to:

>Steffanie J. Lewis
>The International Business Law Firm P.C.
>1915 Eye Street NW Suite 500
>Washington, D.C. 20006-2118

*Counsel for Plaintiffs*

*signature*

Steven M. Klepper